UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____, Plaintiff

V.                                                                        Case No.
                                                                          [Put case number here]

_____, Defendant

CONSENT TO ELECTRONIC NOTICE
BY SELF-REPRESENTED LITIGANT

A.  [Complete the first line for electronic notification from the court]

I, _____ hereby consent to the court
          (name of self-represented litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

B.  [Complete the second line for electronic service from opposing counsel; <u>DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL</u>]

I, _____ hereby consent to opposing
          (name of self-represented litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

_____
Name of Self-represented Litigant

_____
Street Address

_____           _____
City, State, Zip Code                                              Telephone

_____
Email Address

_____           _____
Date                                                              Signature

Certificate of Service

    I hereby certify that on _____ [date], a copy of the foregoing "Motion by Self-represented Litigant to Participate in Electronic Filing" was filed and served by mail on the following:  [insert  name  and  address of every  person  served].

_____
Signature of Self-represented Litigant

Revised: November 29, 2017